1  LECIA L. SHORTER
   287 S. ROBERTSON BLVD., STE 291
2  BEVERLY HILLS, CA 90211
   (310) 869-5835
3  leciashorter@yahoo.com

4  Plaintiff in Pro Per



FILED
CLERK, U.S. DISTRICT COURT
SEP 25 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LECIA L. SHORTER,<br><br>           Plaintiff,<br><br>vs.<br><br>LEROY BACA, GLORIA MOLINA, MARK RIDLEY-THOMAS, ZEV YAROSLAVSKY, DON KNABE, MICHAEL D. ANTONOVICH, DEPUTY SHERIFF AVALOS, DEPUTY SHERIFF ORTIZ, the COUNTY OF LOS ANGELES and, Does 1 through 25, inclusive,<br><br>           Defendants. | Case No.: CV 12-07337-JVS-(AGR)<br><br>NOTICE OF MOTION AND MOTION OF PLAINTIFF LECIAL L. SHORTER'S MOTION TO COMPEL FURTHER DISCOVERY RESPONSES FROM DEFENDANTS COUNTY OF LOS ANGELES AND LEROY BACA<br><br>DATE: OCTOBER 29, 2013<br>TIME: 10:00 A.M<br>PLACE: COURTOOM B<br>Judge: Hon. Alicia G. Rosenberg<br>Discovery cut off: September 6, 2013<br>Pre-trial Conference: TBD<br>Trial date: TBD |

RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT
SEP 25 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

**TO DEFENDANTS LEROY BACA AND COUNTY OF LOS ANGELES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on October 29, 2013, at 10:00 a.m. in Courtroom B, 8th Floor of the United States District Court, located at 312 N. Spring Street, Los Angeles,

1

California, Plaintiff LECIA L. SHORTER will move the court for an order to compel Defendants LEROY BACA and COUNTY OF LOS ANGELES to provide further and complete responses to Plaintiff's Interrogatories and Request for Production of Documents, pursuant to Federal Rules of Civil Procedure, Rule 37. Plaintiff also seeks an order to compel Defendants to provide adequate and complete Rule 26 Disclosures.

This motion is based upon this Notice; the Joint Stipulation of the parties and Declaration of Lecia L. Shorter filed concurrently herewith, and upon all exhibits attached hereto. This motion is also based upon such evidence, oral or documentary, as is presented at the hearing on said motion.

## MEET AND CONFER

The parties met and conferred in person prior to the filing of this motion on September 5, 2013. Plaintiff also made numerous attempts toward informal resolution via correspondence prior to actually conferencing with counsel for Defendants.

DATED: September 24, 2013

*/s/ Lecia Shorter*
LECIA L. SHORTER
Plaintiff In Pro Per

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service of the attached document, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 287 S. Robertson Blvd., No. 291, Beverly Hills, CA 90211.

On September 25, 2013, I served the following document(s) described as **NOTICE OF MOTION AND MOTION OF PLAINTIFF LECIA L. SHORTER TO COMPEL FURTHER DISCOVERY RESPONSES FROM DEFENDANTS LEROY BACA AND COUNTY OF LOS ANGELES** on the interested parties in this action as follows:

Rina Mathevosian, Esq.
Nelson & Fulton
3435 Wilshire Boulevard, Suite 2800
Los Angeles, CA 90010-2014

BY MAIL: I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing by depositing the sealed envelope with the United States Postal Service with postage prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 25, 2013, at Los Angeles, California.

_____
Gina Clark