Henry Patrick Nelson, CSB #32249
Amber A. Logan, CSB #166395
Rina M. Mathevosian, CSB #251423
*Nelson & Fulton*
Equitable Plaza, Suite 2800
3435 Wilshire Boulevard
Los Angeles, CA 90010-2014
(213)365-2703 / Fax(213)365-9130
nelson-fulton@nelson-fulton.com

Attorneys for Defendants,
Sheriff Leroy Baca and County of Los Angeles

NOTE CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LECIA L. SHORTER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LEROY BACA, et al.,<br><br>　　　　　Defendants. | CASE NO. 12-7337 JVS (AGR)<br><br>(~~PROPOSED~~) PROTECTIVE ORDER GOVERNING COURT ORDERED DISCLOSURE OF CONFIDENTIAL INFORMATION AND DOCUMENTS<br><br>NOTE CHANGES MADE BY THE COURT |

　　　The following Protective Order shall govern the disclosure of documents and/or information, produced in accordance with the Court's October 31, 2013-Order.

　　　1.　Under no circumstances shall the information designated confidential and contained in the discovery responses or documents, be used in any proceeding other than the instant case, nor shall such information be ~~filed in a court file or~~ disseminated except by this Court Order.

　　　2.　Disclosure of the material by this Order or information obtained therefrom shall be limited to the personnel and/or classification of persons listed below:

　　　(a)　Counsel in this action or any party to this action;

　　　(b)　The Court and its personnel, in connection with this litigation;

　　　(c)　An expert or consultant retained to work on this case by counsel for any party to this case;

(d) An investigator retained by counsel for any party to this case.

3. Counsel for all parties to this action and Plaintiff, Lecia Shorter, In Pro Per shall advise those individuals to whom disclosure is made of the contents of this Protective Order.

4. Any counsel, expert or consultant retained in the instant case or investigator retained by any party to this case, shall not refer to said documents, including Compliance Sheets in any other court proceeding except upon further order of court.

5. Provisions of this Order insofar as they restrict disclosure and the use of the material shall be in effect until further order of the Court.

6. Nothing in this Protective Order is intended to prevent the officials or employees of the Los Angeles County Sheriff's Department or other authorized individuals from having access to documents if they would have had access in the normal course of their job duties.

IT IS SO ORDERED.

DATED: August 26, 2014

*Alicia G. Rosenberg*
HON. ALICIA G. ROSENBERG
United States Magistrate Judge

Presented by:

NELSON & FULTON

s / Rina M. Mathevosian
Rina M. Mathevosian
Attorney for Defendants,
County of Los Angeles and Sheriff Leroy Baca

7. A party seeking to file documents containing information designated "confidential" must comply with Local Rule 79-5.

8. Confidential information used at trial shall become public absent a separate court order upon written motion and sufficient cause shown.

*AGR*