UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| LECIA SHORTER<br><br>    Plaintiff,<br><br>vs.<br><br>LEROY BACA, ET AL.,<br><br>    Defendants. | Case No.: CV 12-7337-DOC (AGRx)<br><br>**ORDER GRANTING PLAINTIFF LECIA L. SHORTER'S MOTION TO REOPEN DISCOVERY [71] AND AMENDING SCHEDULING ORDER**<br><br>**Date: November 24, 2014**<br><br>**Time: 8:30 a.m.**<br><br>**Place: Courtroom 9D** |

On November 24, 2014, Plaintiff Lecia L. Shorter's Motion to Reopen Discovery came before the Court. Dylan Ruga and Ji-In Lee, of Steptoe & Johnson, LLP, appeared on behalf of the plaintiff. Rina Mathevosian, of Nelson & Fulton, appeared on behalf of the defendants.

Upon consideration of the submissions of the parties and the arguments of counsel, it is hereby

1. **ORDERED** that the Motion to Reopen Discovery is **GRANTED**; and it is further

2. **ORDERED** that the Court's May 8, 2014, Scheduling Order is AMENDED as follows:

   a. Upon notice in conformity with the Federal Rules of Civil Procedure and the Court's Local Rules, Plaintiff is authorized to take the depositions of defendants Deputy Alejandra Avalos, Deputy Jacqueline Ortiz, and the Federal Rule of Civil Procedure 30(b)(6) representative of defendant County of Los Angeles. These depositions shall all be completed on or before December 16, 2015 on the Tenth Floor of the Ronald Reagan Federal Building & U.S. Courthouse.

   b. An expert will be designated by the Plaintiff by December 1, 2014. An expert will be designated by the Defendants by December 8, 2014.

   c. No follow-up discovery will be permitted absent extraordinary circumstances.

DATED: November 24, 2014

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE