Henry Patrick Nelson, CSB #32249
Amber A. Logan, CSB #166395
Rina M. Mathevosian, CSB #251423
***Nelson & Fulton***
Equitable Plaza, Suite 2800
3435 Wilshire Boulevard
Los Angeles, CA 90010-2014
Tel. (213) 365-2703 / Fax (213) 365-9130
nelson-fulton@nelson-fulton.com

Attorneys for Defendants,
County of Los Angeles, Leroy Baca, Deputy Jacqueline Ortiz, and Deputy Alejandra Avalos

JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LECIA L. SHORTER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LEROY BACA, et al.,<br><br>　　　　Defendants. | CASE NO. CV 12-7337 JCG<br><br>**JUDGMENT ON THE<br>VERDICT FOR DEFENDANTS**<br><br>NOTE CHANGES MADE BY THE COURT |

　　　　This action having been tried before the Court sitting with a jury, the Honorable Jay C. Gandhi, Magistrate Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict,

　　　　IT IS ORDERED AND ADJUDGED that the plaintiff, LECIA L. SHORTER, take nothing; that the action be dismissed on the merits; and that the defendants, COUNTY OF LOS ANGELES, former Sheriff LEROY BACA, DEPUTY JACQUELINE ORTIZ, and DEPUTY ALEJANDRA AVALOS, recover of the plaintiff its/their costs of action, **to be determined by the Clerk**..

Dated:  July 16, 2015

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Jay C. Gandhi
　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

cc:  Counsel of Record