# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LECIA L. SHORTER, | CASE NO. CV 12-7337 DOC (GJSx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| LEROY BACA, et al., | Judge: Hon. David O. Carter<br>Courtroom 9D |
| Defendants. | |

This action having been tried before the Court sitting with a jury, the Honorable David O. Carter, District Court Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the Plaintiff, LECIA L. SHORTER, take nothing; that the action be dismissed on the merits as against Defendants COUNTY OF LOS ANGELES, former Sheriff LEROY BACA, DEPUTY JACQUELINE ORTIZ, and DEPUTY ALEJANDRA AVALOS.

DATED: April 10, 2019

*David O. Carter*
HON. DAVID O. CARTER
United States District Judge