1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LECIA L. SHORTER          )<br>                           )<br>         Plaintiff,       )<br>                           )<br>vs.                        )<br>                           )<br>LEROY BACA, et al.         )<br>                           )<br>         Defendants.       )<br>                           )<br>                           )<br>                           )<br>                           )<br>                           )<br>                           )<br>                           )<br>                           )<br>                           )<br>_____) | CASE NO. 2:12-cv-07337-DOC-GJS<br><br>**ORDER QUASHING TRIAL SUBPOENAS TO NON-PARTY WITNESSES HOLLY J. MITCHELL, MARK RIDLEY-THOMAS, SEAN KENNEDY, AND MAX HUNTSMAN AND DISMISSING PLAINTIFF'S PENDING SUBPOENAS AS TO VANESSA CHOW, CORENE KENDRICK, RONALD BROCK, LAJUANA HASELRIG, DAVID PETROCELLI, LISA BATCHELLOR, AND LINDSAY BATTLES**<br><br>**Complaint Filed:** August 27, 2012<br>**Trial Date:**         March 7, 2023 |

Having reviewed the ex parte application to quash the trial subpoenas directed to non-party witnesses and, for additional reasons stated on the record in Court on February 9, 2023 and good cause therefore appearing, the Court rules as follows:

1. The trial subpoenas directed to HOLLY J. MITCHELL, MARK RIDLEY-THOMAS, SEAN KENNEDY, and MAX HUNTSMAN are hereby QUASHED and VACATED.

2. The pending trial subpoenas directed to VANESSA CHOW, CORENE KENDRICK, RONALD BROCK, LAJUANA HASELRIG, DAVID PETROCELLI, LISA BATCHELLOR, and LINDSAY BATTLES are hereby DISMISSED without prejudice.

**IT IS SO ORDERED**.

DATED: February 10, 2023          _____
                                              HON. DAVID O. CARTER