UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No: LA CV 12-07337-DOC-(GJSx)          Date: February 9, 2023

Title: Lecia L Shorter v. Leroy Baca, et al.

PRESENT: THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Sharon Seffens |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Lecia L. Shorter (Pro Se) | Rina Michelle Mathevosian |

PROCEEDINGS:   **FINAL PRETRIAL CONFERENCE**
MOTION IN LIMINE [453][454][456][457][458][459][460][461][462][463][495][506][508][509][519]

The case is called.

The Court hears arguments.

All Motions are taken under submission.

1 : 28 / 0:10

Initials of Deputy Clerk: kdu