UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | LA CV 12-07337-DOC-(GJSx) |
| Title: | Lecia L. Shorter v. Leroy Baca, et al. |
| Date | March 10, 2023 |

Present: The Honorable **DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

| Karlen Dubon | Court Smart, Deborah Parker and Miriam Baird |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Lecia L. Shorter | Rina Mathevosian |

_____ Day Court Trial    Fourth Day Jury Trial

_____ One day trial;  _____ Begun (1st day);  **X** Held & Continued;  _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.
_____ Opening statements made by _____
✓ Witnesses called, sworn and testified.    ✓ Exhibits Identified    ✓ Exhibits admitted.
_____ Plaintiff(s) rest.    _____ Defendant(s) rest.
_____ Closing arguments made by    _____ plaintiff(s)    _____ defendant(s).    _____ Court instructs jury.
_____ Bailiff(s) sworn.    _____ Jury retires to deliberate.    _____ Jury resumes deliberations.
_____ Jury Verdict in favor of    _____ plaintiff(s)    _____ defendant(s) is read and filed.
_____ Jury polled.    _____ Polling waived.
_____ Filed Witness & Exhibit Lists    _____ Filed jury notes.    _____ Filed jury instructions.
_____ Judgment by Court for    _____ plaintiff(s)    _____ defendant(s).
_____ Findings, Conclusions of Law & Judgment to be prepared by    _____ plaintiff(s)    _____ defendant(s).
_____ Case submitted.    _____ Briefs to be filed by _____
_____ Motion to dismiss by _____ is _____ granted.    _____ denied.    _____ submitted.
_____ Motion for mistrial by _____ is _____ granted.    _____ denied.    _____ submitted.
_____ Motion for Judgment/Directed Verdict by _____ is _____ granted.    _____ denied.    _____ submitted.
_____ Settlement reached and placed on the record.
_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
_____ Trial subpoenaed documents returned to subpoenaing party.
✓ Case continued to  March 13, 2023 at 8:00 AM  for further trial/further jury deliberation.
✓ Other: The parties shall file objections to jury instructions on or before 12:00 PM on March 12, 2023.

3 : 44

Initials of Deputy Clerk    kdu

cc: