**LECIA L. SHORTER**
**287 S. ROBERTSON BLVD., STE 291**
**BEVERLY HILLS, CA  90211**
**(310) 869-5835**
*leciashorter@yahoo.com*

**Plaintiff in Pro Per**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LECIA L. SHORTER,<br><br>    Plaintiff,<br><br>    vs.<br><br>LEROY BACA, DEPUTY SHERIFF<br>ALEJANDRA AVALOS, DEPUTY SHERIFF<br>JAQUELINE ORTIZ, the COUNTY OF LOS<br>ANGELES and, Does 1 through 25, inclusive,<br><br>    Defendants. | Case No.: CV 12-07337-DOC<br><br>**NOTICE OF MOTION AND MOTION OF PLAINTIFF LECIA L. SHORTER JUDGMENT NOTWITHSTANDING THE VERDICT OR IN THE ALTERNATIVE, JUDGMENT AS A MATTER OF LAW OR FOR A NEW TRIAL**<br><br>DATE: April 24, 2023<br><br>TIME: 8:30 A.M.<br><br>PLACE: COURTOOM 10A<br>         411 W. Fourth Street<br>         Santa Ana, CA<br><br>Judge: David O. Carter<br><br>Trial date: March 7, 2023 – March 13, 2023 |

**TO DEFENDANTS HEREIN AND THEIR ATTORNEYS OF RECORD:**

   **PLEASE TAKE NOTICE** that on April 14, 2023, at 8:30 a.m. in Courtroom 10A, of the United States District Court, located at 411 W. Fourth Street, Santa Ana, CA, Plaintiff LECIA L. SHORTER will move this court to enter judgment notwithstanding the jury verdict

PLAINTIFF'S RULE 50 MOTION

because no reasonable jury could have reached the verdict as the jury in this instance. In the alternative, since judgment has not yet been entered, Plaintiff moves for judgment as a matter of law or for a new trial.

This motion is based upon Rule 50 of the Federal Rules of Civil Procedure because no reasonable jury could have reached the verdict that the jury in this case just did. In other words, the jury did not follow proper instructions and ruled for the opposing party based on legally insufficient evidence or bias and prejudice.

This motion is based upon the evidence, oral or documentary, as is presented at the hearing on said motion.

## MEET AND CONFER

Because judgment has not been officially entered, Plaintiff has not conferred with defense counsel regarding this motion.

DATED: March 14, 2023

*Lecia Shorter*

LECIA L. SHORTER
Plaintiff In Pro Per

PLAINTIFF'S RULE 50 MOTION

## MEMORANDUM OF POINTS AND AUTHORTIES

If the court does not grant a motion for judgment as a matter of law made under Rule 50(a), the court is considered to have submitted the action to the jury subject to the court's later deciding the legal questions raised by the motion. No later than 28 days after the entry of judgment—or if the motion addresses a jury issue not decided by a verdict, no later than 28 days after the jury was discharged.

When Plaintiff filed her amended declaration regarding trial irregularities, juror misconduct, and inappropriate non-verbal communication between defense counsel and a juror, she was essentially making a Rule 50 motion for judgment as a matter of law and for a new trial.

Dated:  March 14, 2023

*Lecia Shorter*
_____
Lecia L. Shorter
Plaintiff In Pro Per

PLAINTIFF'S RULE 50 MOTION