1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**F I L E D**
CLERK, U.S. DISTRICT COURT

3/13/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ kdu _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

LECIA L. SHORTER, an individual

Plaintiff,

vs.

LEROY BACA, et al.,

Defendants.

CASE NO. 2:12-cv-07337-DOC (GJSx)

**TRIAL WITNESS LIST**

Trial:     March 7, 2023
Time:    8:30 a.m.
Place:   350 W. 1st Street, LA
Judge:  Hon. David O. Carter

Complaint filed: August 27, 2012

| | Witness Name | | Date OST |
|---|---|---|---|
| 1. | Lecia L. Shorter | | 03-08-23<br>03-09-23<br>03-13-23 |
| 2. | Kimberly Ronan | | 03-08-23 |
| 3. | Malik Tate | | 03-08-23<br>03-10-03 |
| 4. | Deputy Sheriff Jacqueline Ortiz | | 03-09-23 |
| 5. | Deputy Sheriff Alejandra Avalos | | 03-09-23 |
| 6. | Captain Angela Walton | | 03-09-23 |
| 7. | Graham Mitchell | | 03-10-23 |
| 8. | Dr. Osita Onugha | | 03-10-23 |
| | | | |
| | | | |
| | | | |
| | | | |

LA CV 12-cv-07337-DOC

1