UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | LA CV 12-07337-DOC-(GJSx) |
| Title: | Lecia L. Shorter v. Leroy Baca, et al. |
| Date | March 13, 2023 |

Present: The Honorable **DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

| Karlen Dubon | Court Smart, Deborah Parker and Miriam Baird |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Lecia L. Shorter | Rina Mathevosian |

\_\_\_ Day Court Trial       **Fifth** Day Jury Trial

\_\_\_ One day trial:   \_\_\_ Begun (1st day);   \_\_\_ Held & Continued;   **X** Completed by jury verdict/submitted to court.

\_\_\_ The Jury is impaneled and sworn.
\_\_\_ Opening statements made by _____

✓ Witnesses called, sworn and testified.   ✓ Exhibits Identified   ✓ Exhibits admitted.
✓ Plaintiff(s) rest.                      ✓ Defendant(s) rest.
✓ Closing arguments made by   ✓ plaintiff(s)   ✓ defendant(s).   ✓ Court instructs jury.
✓ Bailiff(s) sworn.   ✓ Jury retires to deliberate.   \_\_\_ Jury resumes deliberations.
✓ Jury Verdict in favor of   ✓ plaintiff(s)   \_\_\_ defendant(s) is read and filed.
\_\_\_ Jury polled.   ✓ Polling waived.
✓ Filed Witness & Exhibit Lists   ✓ Filed jury notes.   ✓ Filed jury instructions.
\_\_\_ Judgment by Court for   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).
\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).
\_\_\_ Case submitted.   Briefs to be filed by _____
\_\_\_ Motion to dismiss by _____ is \_\_\_ granted. \_\_\_ denied. \_\_\_ submitted.
\_\_\_ Motion for mistrial by _____ is \_\_\_ granted. \_\_\_ denied. \_\_\_ submitted.
\_\_\_ Motion for Judgment/Directed Verdict by _____ is \_\_\_ granted. \_\_\_ denied. \_\_\_ submitted.
\_\_\_ Settlement reached and placed on the record.
\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
\_\_\_ Case continued to _____ for further trial/further jury deliberation.
✓ Other: Jury Notes 1, 2, and 3 received and resolved. Dinner ordered for the jury, verdict received at 8:13 pm.

6 : 23
Initials of Deputy Clerk     kdu

cc: