UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| LECIA L SHORTER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LEROY BACA, ET AL.,<br><br>　　　　　Defendant. | Case No.: 2:12-cv-07337-DOC-GJSx<br><br>JURY NOTES (REDACTED) |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No.  LA CV 12-07337-DOC-(GJSx)        Date: 3·13·2023
                                            Time: 4:50pm

Case Name:            Lecia L. Shorter
                           v.
                      Leroy Baca, et al.

JURY NOTE NUMBER  1

____  THE JURY HAS REACHED A UNANIMOUS VERDICT

✓    THE JURY REQUESTS THE FOLLOWING:

Exhibits 73C
         73B
         73 & 73A
Medical Records

Exhibit 6
        1
        14
        9

SIG[redacted]
         FOREPERSON OF THE JURY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. LA CV 12-07337-DOC-(GJSx)       Date: 3-13-2023

Time: _____

Case Name:        Lecia L. Shorter
                        v.
                  Leroy Baca, et al.

JURY NOTE NUMBER  2

___ THE JURY HAS REACHED A UNANIMOUS VERDICT

✓ THE JURY REQUESTS THE FOLLOWING:

unit orders - procedures
Exhibit 73b
January 2012 Lee Baca Letter
Exhibit 2 - What does C, H, R,
mean under Shower column?

SIGNED: _____
        FOREPERSON OF THE JURY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. <u>LA CV 12-07337-DOC-(GJSx)</u>  Date: 3.13.2023

Time: 8:13pm

Case Name: <u>    Lecia L. Shorter    </u>
<u>                    v.                 </u>
<u>            Leroy Baca, et al.         </u>

JURY NOTE NUMBER 3

✓  THE JURY HAS REACHED A UNANIMOUS VERDICT

___  THE JURY REQUESTS THE FOLLOWING:

SIGNED: [redacted]

FOREPERSON OF THE JURY