**FILED**
CLERK, U.S. DISTRICT COURT
03/13/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___kdu___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| **LECIA SHORTER,** | Case No. LA CV 12-7337-DOC |
| Plaintiff, | |
| v. | **JURY VERDICT FORM**  (REDACTED) |
| **LEROY BACA, et al.,** | |
| Defendants. | |

# VERDICT FORM

We, the Jury in the above-entitled action, unanimously determine in the case submitted to us as follows:

**Question No. 1:**

On Plaintiff's claim for a violation of her constitutional rights resulting from the lack of recreation and inadequate sanitation, please state the amount of compensatory or nominal damages you award to Plaintiff against Defendants.

$ 3,000.00/100

**Question No. 2:**

On Plaintiff's claim for a violation of her constitutional rights resulting from the excessive searches, please state the amount of compensatory or nominal damages you award to Plaintiff against Defendants.

$ 5,000.00/100

**Question No. 3:**

On Plaintiff's claim for a violation of her constitutional rights resulting from the lack of recreation and inadequate sanitation, do you find the following Defendants liable for punitive damages? If yes, please state the amount of punitive damages you award Plaintiff against each Defendant.

    a. Leroy Baca    √ Yes     No

*If you answered No, proceed to question 3(b).*

*If you answered Yes, state the amount of punitive damages here:*

$ 2,000.⁰⁰⁄₁₀₀

    b. Deputy Ortiz     Yes   √ No

*If you answered No, proceed to question 3(c).*

*If you answered Yes, state the amount of punitive damages here:*

$ _____

    c. Deputy Avalos     Yes   √ No

*If you answered No, proceed to Question 4.*

*If you answered Yes, state the amount of punitive damages here:*

$ _____

**Question 4**

On Plaintiff's claim for a violation of her constitutional rights resulting from the excessive search, do you find the following Defendants liable for punitive damages?

    a. Leroy Baca        ___ Yes   ✓ No

*If you answered No, proceed to question 4(b)..*

*If you answered Yes, state the amount of punitive damages here:*

$ _____

    b. Deputy Ortiz      ___ Yes   ✓ No

*If you answered No, proceed to question 4(c).*

*If you answered Yes, state the amount of punitive damages here:*

$ _____

    c. Deputy Avalos    ___ Yes   ✓ No

*If you answered No, proceed to the end of this form..*

*If you answered Yes, state the amount of punitive damages here:*

$ _____

SO SAY WE ALL.

Foreperson's Signature

DATE: 3-13-2023

-4-