JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LECIA L. SHORTER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LEROY BACA, et al.,<br><br>　　　　Defendants. | CASE NO. 2:12-cv-07337-DOC GJS<br><br>**JUDGMENT ON THE VERDICT**<br><br>Trial: March 7, 2023<br>Time: 8:30 a.m.<br>Place: Courtroom 5B<br>Judge: Hon. David O. Carter |

Following the District Court's grant of Judgment as a matter of law as to Plaintiff Lecia L. Shorter's lack of recreation claim, and the United States Court of Appeals for the Ninth Circuit's holding that Plaintiff Lecia L. Shorter is entitled to judgment as a matter of law on her excessive search and inadequate sanitation claims, this action was tried by a jury for determination of the amount of damages Plaintiff is entitled to.

The issue of damages been tried before the Court sitting with a jury, the Honorable David O. Carter, District Court Judge presiding; the issue of damages having been tried and the jury having rendered its verdict,

/////

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff, LECIA L. SHORTER, is awarded $3,000 in compensatory damages on her claims for a violation of her constitutional rights resulting from the lack of recreation and inadequate sanitation.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff, LECIA L. SHORTER, is awarded $5,000 in compensatory damages on her claim for a violation of her constitutional rights resulting from excessive searches.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff, LECIA L. SHORTER, is awarded $2,000 in punitive damages against Defendant Leroy Baca on her claims for a violation of her constitutional rights resulting from the lack of recreation and inadequate sanitation.

IT IS HEREBY ORDERED AND ADJUDGED that each party shall bear its own costs and fees associated with the litigation of this case.

Dated: April 19, 2023

_____
HON. DAVID O. CARTER
United States District Judge